UNITED STATES COURT OF INTERNATIONAL TRADE                     FORM 1

| | |
|---|---|
| BMS Motorsports Inc.<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>　　　　　　　　　　　　Defendant. | **S U M M O N S**<br><br>Court No. 25-00194 |

TO:　　The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

　　　　　　　　　　　　　　　　　/s/ Mario Toscano
　　　　　　　　　　　　　　　　　Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2704 | Center (if known): | CEE003 |
|---|---|---|---|
| Protest Number: | 2704-23-165483 | Date Protest Filed: | 03/28/2023 |
| Importer: | BMS Motorsports Inc. | Date Protest Denied: | 03/10/2025 |
| Category of Merchandise: | Recreational Off-Highway Vehicles | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See attached | Schedule A | (25 total entries) | | | |
| Lead Entry: | | | | | |
| 8UE00565258 | 09/30/2021 | 09/30/2022 | | | |

George R. Tuttle, III
Law Offices of George R. Tuttle, A P.C.
3950 Civic Center Drive, Ste. 310
San Rafael, CA 94903
email: geo@tuttlelaw.com / phone: (415) 986-8780

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

4916-5619-6198

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise |||
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount |||||
|---|---|---|---|---|
| | Assessed || Protest Claim ||
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Recreational Off-Highway Vehicles | 9903.88.01/ 8704.31.00 or 8704.31.01 | 25%<br>25%<br>25% | 9903.88.01/ 8703.21.01 | 25%<br>2.5% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:<br>Protest filed pursuant to 19 U.S.C. 1514 to contest the classification and rate of duty asssed on the subject merchandise by CBP at liquidation. |
| The issue which was common to all such denied protests:<br>Whether the imported Recreational Off-Highway Vehicles are more properly classified as vehicles principally designed for the transport of persons under 8703.21.01 at 2.5%, as claimed, rather than as vehicles for the transport of goods under 8704.31.00 or 8704.31.01 at 25%, as assessed. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/George R. Tuttle, III
*Signature of Plaintiff's Attorney*

09/03/2025
*Date*

Schedule "A"

Importer of Record: BMS Motorsports Inc.
Port of Entry: Los Angeles, CA
CEE: CEE003

| Protest No. | Protest Date | Protest Denial Date | Entry Number | Entry Date | Liquidation Date |
|---|---|---|---|---|---|
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0056525-8 | 09/30/21 | 09/30/22 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0067220-3 | 03/07/22 | 01/27/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0068706-0 | 03/07/22 | 01/27/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0068707-8 | 03/07/22 | 01/27/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0068709-4 | 03/07/22 | 01/27/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0068710-2 | 03/07/22 | 01/27/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0068220-2 | 03/21/22 | 02/10/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0068222-8 | 03/21/22 | 02/10/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0069634-3 | 03/22/22 | 02/17/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0069635-0 | 03/22/22 | 02/17/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070036-8 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070038-4 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070039-2 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070040-0 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070043-4 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070045-9 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070403-0 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070404-8 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070405-5 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070406-3 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070407-1 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070408-9 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070410-5 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070412-1 | 03/30/22 | 02/24/23 |
| 2704-23-165483 | 03/28/23 | 3/10/2025 | 8UE-0070414-7 | 03/30/22 | 02/24/23 |